IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


UNUM LIFE INSURANCE
COMPANY OF AMERICA                                          PLAINTIFF


VS.                              CASE NO. 04-CV-1096


GERALD E. WILLIAMSON                                        DEFENDANT


## **ORDER**

This matter is before the Court pursuant to 29 U.S.C. §1132[1].  Plaintiff Unum Life

Insurance Company of America ("Unum") is seeking equitable relief in the form of restitution of

moneys overpaid to the Defendant Gerald E.Williamson under the terms of a long term disability

policy in which Mr. Williamson participated.

Unum moved for summary judgment in this matter and asked the Court to order

restitution in the amount of its overpayment.  The Court found that under the terms of the long

term disability policy in question Unum had the right to recover any overpayment of benefits due

to a claimant's receipt of deductible sources of income such as social security.  The Court also

found that Williamson received social security disability benefits while he was receiving full

disability benefits from Unum.  Therefore, the Court found that Williamson was required to

repay to Unum the amount of the overpayment he received.  The Court granted Unum's Motion

---

[1] Section 1132 (a)(3) provides that a civil action may be brought . . .  "by a participant,
beneficiary, or fiduciary (A) to enjoin any act or practice which violates any provision of
this subchapter or the terms of the plan, or (B) to obtain other appropriate equitable relief
(i) to redress such violations or (ii) to enforce any provisions of this subchapter or terms
of the plan."

for Summary Judgment in regards to the question of restitution.

However, the Court found that a question remained as to the amount of restitution that was owed by Williamson to Unum for its overpayments. The Court ordered a hearing to be held to determine the exact amount of restitution to which Unum was entitled. The hearing was held on January 9, 2006.

At the hearing, Unum presented evidence to the Court that between September 17, 2000 and October 16, 2002 it overpaid Mr. Williamson $25,574.02. *See Pl.'s Ex. 11.* Mr. Williamson did not present any evidence that contradicted Unum's calculations.

Based upon the evidence presented at the hearing, the Court finds that Unum overpaid Gerald E.Williamson $25,574.02 to which it is entitled to restitution. A judgment will be entered this date awarding Unum Life Insurance Company of America the amount of its overpayment.

IT IS SO ORDERED, this 10th day of January, 2006.


    /s/Harry F. Barnes     
Hon. Harry F. Barnes
United States District Judge