IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                                    PLAINTIFF

VS.                              CASE NO. 04-CV-1096

GERALD E. WILLIAMSON                                                  DEFENDANT

## JUDGMENT

On this 10th day of January, 2006, in accordance with the Order entered this same date, the Court awards judgment in the above styled and numbered case in favor of the Plaintiff, Unum Life Insurance Company of America, against the Defendant Gerald E. Williamson. Plaintiff is awarded judgment in the amount of $25,574.02. This judgment is awarded without pre- or post-judgment interest and with each party bearing its owns attorney's fees and costs.

IT IS SO ORDERED.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge