IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                                                                    PLAINTIFF

VS.                                         CASE NO. 1:04-CV-1096

GERALD E. WILLIAMSON                                                                             DEFENDANT

## ORDER OF REVIVOR

Before the Court is the Petition of Unum Life Insurance Company of America ("Unum") to revive a judgment obtained by it against Gerald E. Williamson in this Court on January 10, 2006 for the sum of $25,574.02 (ECF No. 36).

On January 10, 2006, Unum obtained judgment against Defendant Williamson in this Court in the amount of $25,574.02 (ECF No. 30).

On January 4, 2016, Unum filed a Petition for Writ of Scire Facias to Revive the Judgment (ECF No. 31).

On January 8, 2016, the Court entered an Order directing the Clerk to issue a writ summoning Defendant Williamson to appear within thirty (30) days of service of same and give cause as to why the judgment entered against him should not be revived (ECF No. 33).

On January 8, 2016, the Clerk issued a writ in accordance with the Court's Order of that same date (ECF No. 34).

On February 10, 2016, Unum served the writ on Defendant Williamson through his agent, Kerry Bennett, as evidenced in the Affidavit of Service filed on February 16, 2016 (ECF No. 35).

More than thirty (30) days have passed since service of the writ on Defendant Williamson, and Defendant Williamson has not appeared or otherwise objected to revival of the judgment.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that the judgment be revived and the lien thereof continued for a period of ten (10) years from the date of issuance of the writ or from January 8, 2016.

**IT IS SO ORDERED**, this 18th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge